NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GINA RUSSOMANNO,**

*Plaintiff-Appellant*

**v.**

**SUNOVION PHARMACEUTICALS INC., IQVIA, INC., DAN DUGAN, JENNA YACKISH, TREVOR VOLTZ, ERIC WEEDON,**

*Defendants-Appellees*

---

2023-1020, 2023-1022

---

Appeals from the United States District Court for the District of New Jersey in Nos. 3:19-cv-05945-FLW-DEA, and 3:20-cv-12336-FLW-DEA, Judge Freda L. Wolfson.

---

**ON MOTION**

---

PER CURIAM.

#### O R D E R

In response to this court's January 3, 2023, order to show cause, IQVIA, Inc. urges dismissal of these appeals. Gina Russomanno opposes dismissal and moves for summary determination.

Ms. Russomanno brought these employment-related suits against her former private employer.  On the motion of the defendants, the United States District Court for the District of New Jersey dismissed.  In September 2022, Ms. Russomanno moved to reopen, which the district court denied on September 27, 2022.  Ms. Russomanno then filed notices of appeals that were transmitted to both this court and the United States Court of Appeals for the Third Circuit.

Ms. Russomanno's appeals do not fall within the limited jurisdiction that Congress granted to this court to review decisions of federal district courts under 28 U.S.C. § 1295(a).  That jurisdiction extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2).  Ms. Russomanno's cases are outside of that limited review authority.

While this court may transfer a case under 28 U.S.C. § 1631, if it is in the interest of justice, to the court where "the action or appeal could have been brought at the time it was filed," Ms. Russomanno has already filed an appeal with the Third Circuit, which has affirmed the district court's dismissals.  Under such circumstances, we see no reason to transfer.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  All pending motions are denied as moot.

RUSSOMANNO v. SUNOVION PHARMACEUTICALS INC.                    3

(3)  Each side shall bear its own costs.

FOR THE COURT

February 28, 2023                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court